UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Peter A. Ouda, LLC
19 North Bridge St.
Somerville, New Jersey 08876

*Counsel for Latoc Inc.*

In re:

THE MALL AT THE GALAXY

Debtor.

STEVEN P. KARTZMAN, As Chapter 7 Trustee

Plaintiff,

v.

LATOC, INC.

Defendant.

Chapter 7
Case No. 10-12435-VFP
Hon. Vincent F. Papalia, U.S.B.J.

Adv. Pro. No. 12-1769-VFP
Hon. Vincent F. Papalia, U.S.B.J.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Bankruptcy Rule 8009, Appellant Latoc hereby designates the following items to be included in the record on Appeal:

1. ECF 77 Trustee Motion for partial summary judgment.

2. ECF 78 Certificate of Service.

3. ECF 84 Latoc's response to motion for partial summary judgment.

4. ECF 85 Reply by Trustee in support of partial summary judgment.

5. ECF 86 Certificate of Service.

2939986.1

6. ECF 87 Supplemental certification of Steven Kartzman, Esq in support of a motion for partial summary judgment.

7. ECF 104 Transcript of motion

8. ECF 90 Order granting partial summary judgment, dated 1/19/17.

9. ECF 109- Motion in Limine re waiver of defenses.

10. ECF 110 Motion in Limine re expert report.

11. ECF 111 Certificate of Service.

12. ECF 112 Latoc Motion to bar expert.

13. ECF 112 Latoc Opposition to Trustee motion;

14. ECF 113 Trustee response to Latoc motion.

15. ECF 115 Notice of Hearing for motions in limine.

16. ECF 116 Amended certification of Trustee.

17. ECF 118 Brief in opposition by Trustee and accompanying documents.

18. ECF 120 Transcript of Hearing of 9-20-17.

19. ECF 122 Order barring defenses of Latoc;

20. ECF 123 Order re Testimony of expert;

21. ECF 128 Transcript of 8-2-17.

22. ECF 129 Transcript of 8-4-17.

23. ECF 130 Transcript of 2/28/18.

24. ECF 142 Trial opinion dated April 4, 2019

25. ECF 143 Final Judgment, dated April 4, 2019.

PETER A. OUDA, LLC
Attorneys for Latoc, INC

By: _____/s/ Peter A. Ouda_____

Peter A. Ouda, Esq,
Peter A. Ouda, LLC
19 North Bridge St.
DATED: April 30, 2019          Somerville New Jersey 08876
908 927 9909 phone/908 927 9907 fax