UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Peter A. Ouda, LLC
19 North Bridge St.
Somerville, New Jersey 08876

*Counsel for Latoc Inc.*

In re:

THE MALL AT THE GALAXY

                Debtor.

STEVEN P. KARTZMAN, As Chapter 7 Trustee

                Plaintiff.

v.

LATOC, INC.

                Defendant.

Chapter 7
Case No. 10-12435-VFP
Hon. Vincent F. Papalia, U.S.B.J.

Adv. Pro. No. 12-1769-VFP
Hon. Vincent F. Papalia, U.S.B.J.

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Pursuant to Bankruptcy Rule 8009, Appellant Latoc states the following issues to be presented on Appeal:

1. Whether the Bankruptcy Court erred in granting summary judgement to the trustee, finding that the Debtor received less than equivalent value for the pre- petition transfers to the defendant Latoc.

2. Whether the Bankruptcy Court's error should result in the entire judgment being vacated and the matter retried on all issues.

3. Whether the Court erred as a matter of law in finding that the defendant Latoc was barred from asserting any defense under 11 USC Sec. 548 (C) and/or NJSA 25:2-30(A) and that such defenses were waived.

2939986.1

4. Whether the Court erred as a matter of law in permitting the Plaintiff's expert Kenneth DeGraw to testify to three issues that were not set forth in any of his expert reports.

5. Whether the errors mentioned above singularly or collectively should cause the court to vacate the judgment of April 4, 2019.

Appellants reserves the right to assert arguments presented on appeal.

PETER A. OUDA, LLC
Attorneys for Latoc, INC

By: _____

Peter A. Ouda, Esq,
Peter A. Ouda, LLC
19 North Bridge St.
Somerville New Jersey 08876
908 927 9909 phone/908 927 9907 fax

DATED: April 30, 2019

2939986.1

2